[No. 6728–9–III.   Division Three.   February 25, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY SCOTT KENFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 84–1–00129–5, Albert J. Yencopal, J.,

entered September 7, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.